# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 940 |
| | : | |
| ADOPTION OF THE PENNSYLVANIA | : | SUPREME COURT RULES DOCKET |
| MINOR JUDICIARY EDUCATION | : | |
| RULES | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2023, the proposal having been submitted without publication in the interests of justice and efficient administration pursuant to Pa.R.J.A. 103(a)(3):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Pennsylvania Minor Judiciary Education Rules ("Pa.M.J.E. Rules") are adopted in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective immediately.